UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA **JS-6**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-04933-CJC (MARx) | Date | September 11, 2023 |
| Title | Neil Zlozower v. Bloody Disgusting, LLC | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Melissa H. Kunig for Rolls Royce Paschal | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The Court, having been notified by a Notice of Settlement [14] that the case settled, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for forty-five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

In light of the notice of settlement, the Court further orders the Order to Show Cause [13] issued on September 8, 2023, discharged.

- : -

Initials of Deputy Clerk mku

cc: